ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2018

at 7 o'clock and 30 min. A M
SUE BEITIA, CLERK

PROB 22
(Rev. 5/2015)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 2:13-CR-8-DLB-13 |
| DOCKET NUMBER (Rec. Court) | CR 18-00166 JAO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Holly Helton | Eastern District of Kentucky | Northern Division at Covington |
| | NAME OF SENTENCING JUDGE | |
| | David L. Bunning, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: December 23, 2016 — TO: December 22, 2026 |

| OFFENSE |
|---|
| Conspiracy to Possess & Distribute Oxycodone |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Kentucky__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Hawaii__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

22 Oct. 18
_Date_

_[signature]_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Hawaii__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/24/18
_Effective Date_

_[signature]_
_United States District Judge_